[No. 55078-1-I. Division One. November 14, 2005.]

BEATRICE L. CLARK, *Appellant*, v. RENTON SCHOOL DISTRICT BOARD OF DIRECTORS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-28741-3, James D. Cayce, J., entered September 9, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55087-0-I. Division One. November 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EUGENE DUCKETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-11839-1, Richard McDermott, J., entered November 22, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55114-1-I. Division One. November 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN HEATH PHAIR, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00742-9, Steven J. Mura, J., entered September 24, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55497-2-I. Division One. November 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD GRANT HAWLEY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00725-1, Ira Uhrig, J., entered November 30, 2004. *Affirmed* by unpublished per curiam opinion.